UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STELLA WEBB,<br><br>    Plaintiff,<br><br>v.<br><br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 19-cv-00589-SVK<br><br>**ORDER GRANTING IN PART THE PARTIES' STIPULATED REQUEST TO EXTEND PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT DEADLINE**<br><br>Re: Dkt. No. 19 |

On June 28, 2019, the Parties' filed a stipulated request to extend Plaintiff's deadline to file a motion for summary judgment 45 days. ECF 17. The Court granted this request and cautioned the Parties that "[t]here shall be no further extensions." ECF 18. On the day before Plaintiff's motion for summary judgment was due, the Parties filed a second stipulation requesting that the Court extend Plaintiff's deadline to file a motion for summary judgment another 14 days. ECF 19. Plaintiff asserts that such an extension is necessary because her counsel "has a heavy case load." *Id.* A vague assertion of a heavy case load does not constitute good cause for an extension, particularly in light of the Court's previous approval of a 45-day extension and warning that it will not grant further extensions. However, in the interest of allowing Plaintiff to pursue the merits of her appeal, the Court **GRANTS** Plaintiff a limited extension to **August 26, 2019**.

Defendant's response to Plaintiff's motion for summary judgment is due on **September 26, 2019**. Plaintiff's reply is due on **October 10, 2019**.

**SO ORDERED.**

Dated: August 15, 2019

SUSAN VAN KEULEN
United States Magistrate Judge