UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STELLA WEBB,<br>        Plaintiff,<br>    v.<br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br>        Defendant. | Case No. 19-cv-00589-SVK<br><br>**JUDGMENT** |

Pursuant to the Court's December 12, 2019 order granting Plaintiff Stella Webb's motion for summary judgment, denying the Commissioner's cross-motion for summary judgment, and remanding the case for further proceedings, judgment is entered in favor of Plaintiff and against the Commissioner. The Clerk of Court shall close the file in this matter.

**SO ORDERED.**

Dated: December 12, 2019

SUSAN VAN KEULEN
United States Magistrate Judge