```
 1  DAVID ANDERSON, CBN 149604
    United States Attorney
 2  DEBORAH STACHEL, CSBN 230138
 3  Regional Chief Counsel, Region IX
    Social Security Administration
 4  S. WYETH McADAM, CSBN 223876
         Special Assistant United States Attorney
 5       160 Spear Street, Suite 800
         San Francisco, California 94105
 6       Telephone: (415) 268-5610
         Facsimile: (415) 744-0134
 7
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STELLA WEBB, | CIVIL NO. 5:19-cv-00589-SVK |
| Plaintiff, | |
| vs. | STIPULATION FOR EXTENSION OF TIME AND ORDER |
| ANDREW SAUL, | |
| Commissioner of Social Security, | |
| Defendant. | |

## STIPULATION FOR EXTENSION OF TIME AND ORDER

Plaintiff and Defendant, through their respective attorneys, subject to the approval of the Court, hereby stipulate that Defendant shall have an extension of time of 35 days, up to and including Monday, April 27, 2020, in which to file his response to Plaintiff's Motion for Attorney Fees filed on March 11, 2020. Defense counsel needs an extension of time because she needs more time to review the issues Plaintiff raised in her motion, see what options are available for settlement, and prepare a response to Plaintiff's motion. The national response to the pandemic has disrupted services of all kinds.  Recently, in order to stop the spread of the COVID-19 virus, the county where defense counsel

Stip for Ext Time – 5:19-cv-00589-SVK

resides closed the schools for at least three weeks and ordered residents to stay inside their homes. Working from home with two young children while under orders to shelter-in-place has been challenging for defense counsel. On March 19, 2020, Governor Gavin Newsom issued a statewide order for all Californians to shelter in place in an effort to slow the spread of the coronavirus making arranging for outside childcare impossible. Defense counsel cannot ask her mother for help with childcare because she is over 75 years old, at high risk for serious harm if she contracts COVID-19, and Gov. Newsom urged all seniors over 65 years of age to "self-isolate" for an indefinite period. It is Defendant's first request for an extension. Counsel for both parties believes this delay will not prejudice their clients and make this request in good faith and with no intention to delay unduly the proceedings. Defense counsel apologizes for any inconvenience to the Court.

Dated: March 23, 2020

/s/ Nancy Katherine McCombs
(As authorized via email on March 23, 2020)
NANCY KATHERINE McCOMBS
Law Office of Nancy K. McCombs
Attorney for Plaintiff

DAVID ANDERSON
United States Attorney

/s/ s. WYETH McADAM
S. WYETH MCADAM
Special Assistant U.S. Attorney
Attorney for Defendant

///

///

///

Stip for Ext Time – 4:18-cv-03196-DMR

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant shall have until April 27, 2020, in which to file his response to Plaintiff's Motion for Attorney Fees.

IT IS ORDERED:

Dated: March 23, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge

Stip for Ext Time – 4:18-cv-03196-DMR